472 A.2d 248

Commonwealth v. Kalkowski, Appellant.

Petition for Allowance of Appeal
Denied May 1, 1984.

Submitted November 8, 1983.   Paulette J. Balogh, Assistant Public Defender, for appellant;  Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

472 A.2d 248

Commonwealth v. Kyle, Appellant.

Submitted November 8, 1983.   Carmela R.M. Presogna, Assistant Public Defender, for appellant;  Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.